IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH DiNICOLA,

    Plaintiff,

v.

SERVICE EMPLOYEES
INTERNATIONAL UNION LOCAL 503,
et al.,

    Defendants.
_____

Case No. 6:08-cv-6317-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 190), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 190) is adopted. Plaintiff's defamation claim against defendant Service Employees International Union is dismissed, with prejudice.

IT IS SO ORDERED.

    DATED this 25th day of October, 2013.

                                           _____/s/ Michael J. McShane_____
                                                      Michael McShane
                                                United States District Judge

1 –ORDER